# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**796**
**KA 11-02527**
PRESENT: SMITH, J.P., PERADOTTO, CARNI, VALENTINO, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                    ORDER

MATTHEW FREEMAN, DEFENDANT-APPELLANT.

---

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (PHILIP ROTHSCHILD OF COUNSEL), FOR DEFENDANT-APPELLANT.

WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (JAMES P. MAXWELL OF COUNSEL), FOR RESPONDENT.

--------------------------------------------------------------------------------

Appeal from a resentence of the Onondaga County Court (William D. Walsh, J.), rendered November 28, 2011. Defendant was resentenced upon his conviction of burglary in the first degree (two counts), aggravated assault upon a police officer or peace officer and criminal possession of a weapon in the second degree (two counts).

It is hereby ORDERED that the resentence so appealed from is unanimously affirmed.

Entered: June 12, 2015                          Frances E. Cafarell
                                                Clerk of the Court